# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3064
LT Case No. 16-1998-CF-012871-A

_____

MOSE WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Mose Williams, Lake City, pro se.

No Appearance for Appellee.

March 5, 2026


PER CURIAM.

AFFIRMED.


WALLIS, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____